DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERMENEGILDO HERRERA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00143 AWI |
|---|---|---|
| Plaintiff, | ) | *AMENDED* STIPULATION CONTINUING STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | ) | |
| HERMENEGILDO HERRERA-MENDOZA, | ) | Date: August 21, 2006 |
| Defendant. | ) | Time: 9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing in the above-referenced matter now set for July 17, 2006, may be continued to August 21, 2006, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and plea negotiation.

///

///

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 13, 2006          By  /s/  Steven M. Crass
STEVEN M. CRASS
Assistant U.S. Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: June 13, 2006          By  /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
HERMENEGILDO HERRERA-MENDOZA


**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:    July 14, 2006**           /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

*AMENDED* Stipulation Continuing Status Conference
Hearing; [Proposed] Order Thereon

2